**Hilary MILLER, Appellant,**

v.

**STATE of Missouri, Respondent.**
**No. 63039.**

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 14, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 19, 1993.

Application to Transfer Denied
Nov. 23, 1993.

David C. Hemingway, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Defendant appeals the denial of his Rule 24.035 motion after an evidentiary hearing. We find no clear error in the motion court's denial and affirm pursuant to Rule 84.16(b). We further find an opinion would have no precedential value and affirm by written order. A memorandum has been provided to the parties for their use only.